UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 18-153-MWF(SHKx)**                               Dated: **April 19, 2018**

Title:     Samuel Love -*v*- Arisa Investments, Inc., et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed April 18, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 18, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk   cw
CIVIL - GEN

-1-